**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YARU CUI,                              ) NO. EDCV 26-1508-KK(E)

      Petitioner,

        v.                          ) ORDER DISMISSING PETITION
                                  ) WITHOUT PREJUDICE

ERNESTO SANTACRUZ, JR., et al.
                                  )

      Respondents,

_____)

On May 24, 2026, Petitioner filed a "Motion for Voluntary Dismissal etc.' ("the Motion").  Respondent previously had requested that the Petition be dismissed.  See Answer, filed April 22, 2026.

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Motion is granted and the Petition is dismissed without prejudice.  See Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001) (court should grant a motion for voluntary dismissal under Rule

///

///

41(a)(2) unless the adverse party demonstrates that such party "will suffer some plain legal prejudice as a result").

IT IS SO ORDERED.


Dated: May 28, 2026


_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE


PRESENTED this 27th day of May, 2026, by:



_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2