JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YARU CUI, | Case No. 5:26-cv-01508 KK (E) |
| Petitioner, | |
| v. | JUDGMENT |
| ERNESTO SANTACRUZ, JR., et al., | |
| Respondents. | |

Pursuant to Petitioner's Motion to Dismiss Petition and the Order Dismissing Petition Without Prejudice, IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.  (JS-6)

Dated:  May 28, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge